Oliver P Cleary
California State Bar No. 168440
Law Offices of Oliver P. Cleary
611 S. Palm Canyon Dr., Ste 7-441
Palm Springs, CA 92264
Telephone: 424-324-8874
Email: olivercleary@gmail.com

Attorney for Defendant
Ranjodh Singh

**FOR THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PARAMVIR SINGH, et al.,<br>Defendants. | Case No. 25-cr-00309-KK<br>Hon. Kenly Kiya Kato<br>**MOTION TO UNSEAL ORDER APPOINTING JOHN C. ELLIS JR AS COORDINATING DISCOVERY ATTORNEY** |

COMES NOW, the defendants, through their counsel of record, individually and for the benefit of all court-appointed defendants and their counsel and move this Court for an order to unseal the Order Appointing John C. Ellis, Jr. as Coordinating Discovery Attorney.

Respectfully submitted,

Dated: October 22, 2026

*/s/ Oliver P. Cleary*
Oliver P. Cleary
Attorney for Ranjodh Singh